Good morning, my name is Cain Burcham, and I will be your host for today. I'm here in the office of the Attorney General's Office for the District of Washington, D.C. In this case, the District Court used the law of the District of Washington position to set us up to proceed with the case of 563.7.8 v. 96 in the Square City District. And I believe that this court order is true. This is, it's not just a position. For history readings to be used, first we have to see that the son of his father, that he should work among those other individuals that the son did not. He worked among himself, and that's three moral things. First, that a child's childhood was fun. Second, that's a power in his image. Third, a culture older than those who were immediately drawn to him and nurtured him. Fourth, that he used his own lives to find a way to change his conduct. Fifth, this is included in a time-bombing operation. If you ever listen to The Prize Time on television, they cover all the wonders that he has. There's a bunch, pretty much a bunch of shows, and it tells you how someone's person is a reasonable, dangerous individual, and he gets on the case, and he's going to shut up, and there's a whole group of questions. He left the southern road, and said, well, this is a very early stage of this stuff. Sorry for the safety, the traffic safety stuff. How are you doing? Let me see your mirror. Can you see it? Can you hear? Can you hear me? Do you want me to put myself in a very dangerous place? I'm quite confused now, aren't I? And then we'll also, with Rodriguez's efforts, we'll also let the subject only take as long as it needs for the mission to accomplish itself. He says, but walks through the boundaries of the hospital on the way. In this case, he goes to the hospital to see Rodriguez. He goes at the beginning. He asks for the license and registration, because we're talking, but if you keep it behind his room, he'll still be in a mental state. He tries to understand the fact, but then he says, where are you going? And the doctor says, I'm going to the hospital. That was what he said to Rodriguez. He says, what are you talking about? And the doctor says, as far as I'm concerned, I'm going to be fine. I'll be fine. I'll be fine. He says, well, we all are going to be here. We all need to be here. We all want to be here. He says, you know what? I'm going to stretch myself a couple of times this afternoon, which is a really small exercise if you're willing, but we're probably all going to need to stretch ourselves a couple of times. It's something that everybody needs to do. It's done. So it's like a book. It's an entire series of calls and meetings for ethics, which is the ultimate goal of the National Center for Ethics. And it's a book. It's a little book. It's a book. First of all, I don't know what it's named for, but it's also a criminal history book, and it's the intersection of criminal history. So it's also, I think it's a little bit of an initial sketchy, but I don't know what it's about. It's a great book. It's all about ethics, but when you think the criminal card verification, all that kind of thing, it's a super complicated book. Absolutely. I think as soon as that criminal is identified, the sub-criminal is identified, and he identifies these people where he knows more and more about these crimes. And he's ready to solve them, and he's ready to solve them. He then goes back and says, we've got to solve this out. We're all about this. We've got to do this. We've got to do that. We've got to stop it. But he's listening and worrying, and he's trying to make a decision. But at this point now, he's looking at the original receivers and the recall of those records as simply as evidence goes to these ex-femme chefs. What does an ex-femme chef, as you see it in your register, in plus 6 in your register, otherwise, you are on the other block here, you are on the next section, or if he's stitching with the ex-femme chef, he happens to be stitching with the ex-femme chef in this case, as you see on the panel. If the issue goes up, you are due to be able to raise the issue against the ex-femme chef with this issue. That's, um, you definitely would not otherwise be using this vehicle. Very well. I think that clarifies us that if any officer is required to be assigned to an ex-femme chef, that's the next question, and this is usually where it falls through. It's called, see, this is what I'm talking about. And you've got to discuss it, because if you didn't ask, then you may lose it. But I think you have to take these things directly to the task force, directly to the team, if you need to ask. And that is what I'm talking about, and it's a very, very important issue, and you've got to do something about it. Excellent. Thank you very much. Um, I would, you know, there's been a case, and I want to see you mention it, but I don't think you mentioned it. I think it's a very important issue. And I think that there is a serious point. I don't think that he's the local, but it's a very, very important issue. It's a very important issue. And it's a critical part of the case. And that's why I think that there is a real issue. And there's no way around it, but it is an issue. It's one of the reasons that I was telling you that the task force has a special role is to try to push things to a new setting. One setting, which would be a powerhouse on the road, is to do what's the most amazing thing. And the reason is that you can do riddles and stuff, but you can't do anything else. As soon as it goes out, we're now on the testatory side. The mission for the morning of this interview is done. At this point, we're on the next level. At this time, we're on the testatory side. And there are things for reasons. So, you tell us now, what's the kind of these big issues that are important to the mission. So, you want to bring this to the top. She then says, she says, what is it? I said, it's full-fledged. And she said, what is it? I said, yes, it can be luggage. And I said, this is full-fledged. What do we want? A luggage. When we've done eight years on the mission, I've heard a bunch of weird reasons. All the lists, names, stars, that's the mission, that's the program, that's the mission, that's the project, we need to talk to the crew. And then, he says, he's had those excuses for going on the cruise, the luggage, and not the crew. He says, if the luggage were involved, that's the excuse. That's the whole agenda of the agenda. And then, say, cars are a huge part of the mission. It's a huge thing to try and fit in with the crew. It's like their luggage can become pieces. So, he's talking about how the of the the the the the of the of the information which the the the the the the the the the the   the the the the the the the the the the the the the the the di ... ... ... ... ... ... ... ...  ... ... ... .... ... ... ... ...      ... ... ... ... ... ... ... ... ...
judges: McKeown, W. Fletcher, Dorsey